UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTHERN NEW ENGLAND<br>TELEPHONE COMPANY | : <br> : <br> : | |
| v. | : <br> : | Civ. Action No.<br>3:03 CV312 (SRU) |
| CT DEPT. PUBLIC UTILITY CONTROL,<br>ET AL. | : <br> : | |

## ORDER RE: STATUS

This case has been stayed for eighteen months. The Court would like an update on the case and the prospects that the stay can be lifted in the near future. Accordingly, on or before **December 13, 2004,** the parties shall file with the Clerk at Bridgeport a joint status report describing the present procedural posture of any related administrative proceedings, the prospects for lifting the stay and the factors affecting the timing of lifting the stay, and any other facts or circumstances that could affect the progress of this lawsuit.

It is so ordered.

Dated at Bridgeport this 22nd day of November, 2004.

    /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge