UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SNET

V.                                Case Number: 3:03cv312 (SRU)

Public Utility, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 12/22/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 21, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 28, 2004.

                    KEVIN F. ROWE, CLERK

                    By:   /s/ Alice Montz
                          Alice Montz
                          Deputy Clerk