UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| THE SOUTHERN NEW ENGLAND<br>TELEPHONE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE CONNECTICUT DEPARTMENT<br>OF PUBLIC UTILITY CONTROL, ET AL.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)Civil Action No. 303CV00312(SRU)<br>)<br>)<br>)<br>)<br>)<br>)<br>) JANUARY 18, 2005<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned parties to the above-captioned action hereby stipulate that this action be voluntarily dismissed without costs or attorneys' fees to any party.

THE PLAINTIFF,
THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By _____
Timothy P. Jensen
Fed Bar No. ct 18888
TYLER, COOPER & ALCORN, LLP
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06510-1910
Telephone: (203) 784-8200
Facsimile: (203) 789-2133
E-Mail: jensen@tylercooper.com


THE CONNECTICUT DEPARTMENT
OF PUBLIC UTILITY, ET AL.

By _____
Tatiana D. Eirmann
Fed. Bar No. ct03398
Assistants Attorney General
10 Franklin Square
New Britain, Connecticut 06051


CABLEVISION LIGHTPATH-CT, INC.

By _____
Cherie R. Kiser
Fed. Bar No. ct24696
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
701 Pennsylvania Avenue, NW
Washington, D.C. 20004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid to Tatiana D. Eirmann, Assistants Attorney General, 10 Franklin Square, New Britain, Connecticut 06051 and Cherie R. Kiser, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 701 Pennsylvania Avenue, NW, Washington, D.C. 20004 on this 18th day of January, 2005.

_____
Timothy P. Jensen